**Vernon D. YELTON v. UNITED STATES of America.**

No. 4061.

United States Court of Appeals
Tenth Circuit.

March 15, 1950.

W. A. Sutherland, Las Cruces, New Mexico, for appellant.

Everett M. Grantham, United States Attorney, and Albert H. Clancy, Assistant United States Attorney, Albuquerque, New Mexico, for appellee.

Before PHILLIPS, Chief Judge, and BRATTON, HUXMAN, MURRAH and PICKETT, Circuit Judges.

PER CURIAM.

Docketed and dismissed, on motion of appellee, for failure to prosecute.

**Alexander MILNE, Jr., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 10147.

United States Court of Appeals,
Third Circuit.

Argued April 18, 1950.

Decided April 26, 1950.

Alfred Cerceo, Washington, D. C., for petitioner.

Francis W. Sams, Washington, D. C., Theron Lamar Caudle, Assistant Attorney General, Ellis N. Slack, Robert N. Anderson, Special Assistants to the Attorney General (on the brief), for respondent.

Before MARIS, GOODRICH and McLAUGHLIN, Circuit Judges.

PER CURIAM.

We find the taxpayer's objections to the decision of the Tax Court in this case to be wholly without merit.

Accordingly the decision of the Tax Court will be affirmed.

**Raul ALVES, Libelant-Appellant, v. UNITED STATES of America, Respondent-Appellee.**

No. 223.

United States Court of Appeals
Second Circuit.

Docket 21636.

Argued May 4, 1950.

Decided May 4, 1950.

William A. Blank, Brooklyn, N. Y., William Samuels, Brooklyn, N. Y., of counsel, for libelant-appellant.

Irving H. Saypol, United States Attorney, New York City, Haight, Deming, Gardner, Poor & Havens, New York City, of counsel; J. Ward O'Neill, John J. Foley, New York City, advocates, for respondent-appellee.

Before L. HAND, Chief Judge, and CHASE and CLARK, Circuit Judges.

PER CURIAM.

Order affirmed in open court.